### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF KANSAS

| | |
|---|---|
| **RONALD WAMPLER** </br>*on behalf of himself and others similarly situated*, </br></br>    Plaintiff, </br></br>vs. </br></br>**WIRECO WORLDWIDE GROUP, INC.** </br></br>    Defendant. | ) </br>) </br>) </br>) </br>) </br>) </br>) </br>)   Case No.: 22-cv-2242-HLT-RES </br>) </br>) </br>) </br>) </br>) </br>) |

### *UNOPPOSED* MOTION FOR APPROVAL OF STIPULATION <u>OF SETTLEMENT AGREEMENT AND RELEASE</u>

**COMES NOW**, the Plaintiff Ronald Wampler, on behalf of himself and all other party Plaintiffs, and with the consent of Defendant WireCo Worldwide Corporation ("WireCo") (collectively, the "Parties"), and hereby moves this Court for an Order approving their Stipulation of Settlement Agreement and Release attached to the supporting memorandum as Exhibit A (the "Settlement Agreement"). In support, the Parties state as follows:

WHEREFORE, the parties respectfully request that this Court approve this Joint Motion and enter an order approving the terms and conditions of the Stipulation of Settlement Agreement consistent with the courtesy copy provided to chambers.

Respectfully Submitted,



*/s/ Brendan J. Donelon*
Brendan J. Donelon, KS 17420
4600 Madison, Suite 810
Kansas City, Missouri 64112
Tel:   (816) 221-7100
Fax:   (816) 709-1044
brendan@donelonpc.com

ATTORNEYS FOR PLAINTIFF

Greg N. Tourigny
**The Tourigny Law Firm LLC.**
4600 Madison Avenue, Suite 810
Kansas City, Missouri 64112
(816) 945-2861
greg@tourignylaw.com

Certificate of Service

     I hereby certify that on July 24, 2023 a true and correct copy of the above and foregoing was sent via this Court's requirements under CM/ECF and standing orders to:

ROBERT J. HINGULA
MATTHEW P.F. LINNABARY
Polsinelli, P.C.
900 W. 48th Place, Suite 900
Kansas City, MO 64112
816.753.1000
Fax No.: 816.753.1536
rhingula@polsinelli.com
mlinnabary@polsinelli.com

2