IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RONALD WAMPLER, on behalf of himself and others similarly situated, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WIRECO WORLDWIDE GROUP, INC.,<br><br>Defendant. | Case No. 2:22-cv-02242-HLT |

## ORDER

Plaintiff Ronald Wampler filed this lawsuit in 2022 and alleged that Defendant violated the Fair Labor Standards Act (FLSA) and the Missouri Minimum Wage Law (MMWL) by failing to pay him and other hourly manufacturing employees overtime for work performed "off the clock." Defendant denied the allegations, and the parties engaged in the litigation. The parties filed a joint stipulation regarding conditional certification and proposed notice in November 2022. The Court approved the notice. The notice went to 632 persons. The collective ultimately includes 33 members.

The parties continued with the litigation. They exchanged discovery and retained experts. The parties participated in a day-long mediation in July 2023 and reached agreement on the material terms of a settlement. Plaintiff the moved for approval of the settlement, and Defendant did not oppose the motion. Doc. 71. Plaintiff publicly filed the settlement agreement. It outlines the terms, attorney's fees, and costs. It also discusses public comments, the release of claims, and the continuing jurisdiction of the Court.

The Court conveyed a teleconference to discuss various provisions with the parties. Based on the teleconference, the parties filed notice of supplemental exhibit and an amended settlement

agreement. Doc. 74. The Court has reviewed the record and applicable law. The Court finds that the Amended Settlement Agreement (Doc. 74-1) is a fair, equitable and reasonable resolution of a bona fide dispute over the claims and provisions at issue in this contested litigation. The Court thus GRANTS the unopposed motion for approval (Doc. 70) with the Amended Settlement Agreement (Doc. 74-1). The Court finds as follows:

1. This Order will be binding on the Collective Class Members as defined in the Amended Settlement Agreement.

2. The Amended Settlement Agreement is a fair, equitable and reasonable resolution of a bona fide dispute over the claims and provisions at issue in this contested litigation.

3. This Court certifies Ronald Wampler as the Named Plaintiff and representative of the Collective Class Members in the negotiation of the Amended Settlement Agreement as established in the Consent Forms filed with this Court by said Collective Class Members.

4. The Notice and Release of Claims form attached as Exhibit B to the Amended Settlement Agreement fully and accurately informs the Collective Class Members of all material elements of the Civil Action and the Amended Settlement Agreement.

5. The Parties propose to disseminate the aforesaid Notice to the last known addresses of all Collective Class Members. This Court finds that the form and method of disseminating the Notice and for Collective Class Members to receive payment is the best notice practicable under the circumstances and fully meets the requirements of applicable federal and state law.

6. Based on the foregoing, the proposed Notice and Claim and Release Form are hereby approved by the Court.

7. The Court hereby approves the Collective Class Counsel's request for attorneys' fees of $23,100.00, which is 33% of the Settlement Fund for the Collective Class and approves their costs and expenses of $7,238.00 to be paid from the Settlement Fund. The Court also grants Ronald Wampler's request for payment of $2,500.00 for a service payment under the terms of the Amended Settlement Agreement.

8. The Amended Settlement Agreement is hereby approved in accordance with Section 216 of the Fair Labor Standards Act and shall be consummated in accordance with the terms and provisions thereof.

9. This Civil Action is hereby dismissed in its entirety, on the merits, as against Defendant with prejudice, and without costs to any party, except to the extent otherwise expressly provided in the Amended Settlement Agreement. This Court intends this Order of Approval to be "Final" within the meaning of the Federal Rules of Civil Procedure and the Federal Rules of Appellate Procedure.

10. All Collective Class Members who negotiate any settlement checks under the terms of the Amended Settlement Agreement shall conclusively be deemed for all purposes to be permanently barred from commencing, prosecuting, or otherwise maintaining in any court or forum any action against the Released Parties for any and all Released Claims arising during the Covered Period.

11. The Court finds, pursuant to Fed. R. Civ. P. 54(b), that there is no just reason for delay, and directs the Clerk to enter this Approval Order.

IT IS SO ORDERED.

Dated: September 13, 2023         /s/ *Holly L. Teeter*
                                   HOLLY L. TEETER
                                   UNITED STATES DISTRICT JUDGE